No. 788, October Term, 1948.   LATTA ET AL. v. WESTERN INVESTMENT CO. ET AL.   The motion for leave to file petition for rehearing is denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

DECEMBER 5, 1949.*

*Miscellaneous Orders.*

No. 185, Misc.   BREWER v. FRISBIE, WARDEN; and

No. 216, Misc.   RUTHVEN v. OVERHOLSER.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. 209, Misc.   NEW JERSEY STATE SOCIETY OF NATUROPATHS ET AL. v. FORMAN, JUDGE.   The motion for leave to file petition for writ of mandamus is denied.   *Meyer M. Semel* for petitioners.

No. 225, Misc.   UNITED STATES v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS ET AL.   The motion for leave to file petition for writ of mandamus is denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.   *Solicitor General Perlman, Assistant Attorney General Bergson, Holmes Baldridge* and *Beatrice Rosenberg* for the United States.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which orders were this day announced.